IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, FLORENCE, SC
2014 JUN 18 AM 11: 10

SC-DMH patient #cnco 4639490287707
CHRISTOPHER ODOM  ) Civil Action No. (To be Assign)
[Enter the full name of the plaintiff in this action]  ) (to be assigned by Clerk)

)
) COMPLAINT
) State Prisoner
v. )
STATE OF SOUTH CAROLINA ) #14-6159 / #14-6169
STATE OF South CAROLINA ) Amended And
TAXPAYERS et, AL ) Remanded back
) To Jurisdition of
) case/claim

Enter above the full name of defendant(s) in this action

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?  N/A   Yes_____   No_____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:  N/A

    Plaintiff: _____

    Defendant(s): _____

2. Court: N/A
    (If federal court, name the district; if state court, name the county)

3. Docket Number: N/A

4. Name(s) of Judge(s) to whom case was assigned: N/A

5. Disposition: N/A
    (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: ____N/A____

B. What are the issues that you are attempting to litigate in the above-captioned case? ____N/A____
____N/A____

C. (1) Is there a prisoner grievance procedure in this institution? Yes____ No____ N/A

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes_✓__ No____

When____N/A____ Grievance Number (if available) ____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes____ No____ N/A

E. When was the final agency/departmental/institutional answer or determination received by you? ____N/A____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* N/A

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes____ No____

G. If your answer is YES: N/A

1. What steps did you take? ____

2. What was the result? ____N/A____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: ____N/A____ Inmate No.: ____

Address: ____

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: ____N/A____ Position: ____

Place of Employment: ____

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

____N/A____

Complaint - State Prisoner
Revised October 3, 2007

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Admendment See claim #14-6159 / #14-6169 where Plaintiff Christopher Odom / South Carolina Department of Mental Health Patient Number CRCOO4639 H9624707 "Authorize the United States Court of Appeals, The United States Supreme Court, AND Now the United State District Court for the District of South Carolina Authorization of Records / Medical Authorization signed by Plaintiff on 6/7/14 and mailed too United States Court of Appeals Petition for Hearing IN Banc ect. Authorization of Medical Records / Appointment of Counsel.

Plaintiff 6/16/14
Christopher Odom

We Respectfully Request that the court be provided with all diagnosis of plaintiff, the prescribed treatment, your prognosis, your daily treatment notes (including intake sheet and/or any document patient #CRCOO4639 H9624707 concerns. Everything in file And a copy of your itemized bill. Be sure to send court copy of medical bills with the records.

6-16-14
plaintiff

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

See claim #14-6159/#146169 Admendment

Complaint - State Prisoner
Revised October 3, 2007

V. RELIEF

State briefly and exactly what you want the court to do for you. SEE Claim Relief Admendment #14-6159 / #14-6165 (SAME Relief STATED iN CASE/Claim #14-6159, #14-6165 Admendment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June, 2014.

Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007